**Opinion issued April 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————————

## NO. 01-13-00122-CV

—————————————————

**IN RE DCP MIDSTREAM, LP, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, DCP Midstream, LP, has filed a petition for writ of mandamus in

this Court.* *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R.

APP. P. 52.1. In its mandamus petition, DCP Midstream requests this Court to

---

* The underlying case is *Odell et al. v. DCP Midstream, LLC, DCP Midstream Holdings, LLC, and DCP Midstream, LP*, cause number 2010–39744, pending in the 234th District Court of Harris County, Texas, the Hon. Wesley Ward, presiding.

order the trial court to vacate its January 18, 2013 order denying DCP Midstream's "Motion to Strike the Intervening Plaintiffs' Petition to Intervene" and to order the trial court to grant the motion.

We deny DCP Midstream's petition for writ of mandamus. We lift the temporary stay entered on February 21, 2013.


Laura Carter Higley
Justice

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Justice Brown, dissenting.